| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>HILL WALLACK LLP<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road, P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>eholdren@hillwallack.com<br>Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee | |
| In Re:<br>TRINA D. HERRING,<br>Debtor. | Case No.: 19-19338<br>Chapter: 13<br>Hearing Date: July 31, 2019<br>Judge: JNP |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Objection to Confirmation of Debtor's Chapter 13 Plan (Doc 14)   OTBS

Date: July 30, 2019

/s/ Elizabeth K. Holdren
Signature

*rev.8/1/15*