Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-19338 (JNP)**

Trina D. Herring  
1524 Baird Boulevard  
Camden, NJ  08103

Monthly Payment: $1,363.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/10/2019 | $200.00 | 06/10/2019 | $1,000.00 | 07/09/2019 | $600.00 | 07/09/2019 | $600.00 |
| 08/21/2019 | $600.00 | 08/21/2019 | $600.00 | 09/19/2019 | $1,200.00 | 10/16/2019 | $1,363.00 |
| 11/18/2019 | $1,363.00 | 12/12/2019 | $1,363.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TRINA D. HERRING | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,950.00 | $3,950.00 | $0.00 | $3,950.00 |
| 1 | BAYVIEW LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BOROUGH OF LAWNSIDE | 24 | $9,000.00 | $0.00 | $9,000.00 | $0.00 |
| 3 | CAMDEN COUNTY MUA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | NEW REZ, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | MCCABE, WEISBERG & CONWAY PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | METRO PUBLIC ADJUSTMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MIDFIRST BANK | 24 | $2,336.44 | $143.04 | $2,193.40 | $100.51 |
| 9 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NEW JERSEY ATTORNEY GENERAL OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | OSCAR L HERRING, JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CAMDEN COUNTY MUA | 24 | $57,700.15 | $3,532.44 | $54,167.71 | $2,482.11 |
| 14 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | UNITED STATES ATTONEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | UNITED STATES ATTORNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2019 | 3.00 | $0.00 |
| 09/01/2019 | Paid to Date | $4,800.00 |
| 10/01/2019 | 56.00 | $1,363.00 |
| 06/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,889.00 |
| Total paid to creditors this period: | $6,532.62 |
| Undistributed Funds on Hand: | $550.99 |
| Arrearages: | $1,363.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**