Certificate Number: 20668-NJ-DE-038519109

Bankruptcy Case Number: 19-19338



20668-NJ-DE-038519109

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2024, at 1:47 o'clock PM EDT, Trina D Herring completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 28, 2024

By:  /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:  TEN Financial Educator