UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Barbara J. Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

Order Filed on July 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TRINA HERRING,

                        Debtor

Case Number:  19-19338 JNP

Judge:  Jerrold N. Poslusny, Jr.

Chapter 13

## CONSENT ORDER REGARDING LATE-FILED POC FOR PROPERTY TAX FUNDS HELD ON RESERVE BY CHAPTER 13 TRUSTEE

      The relief set forth on the following pages, numbered one (1) through two (2), are hereby **ORDERED.**

**DATED: July 8, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Trina Herring
Case No.: 19-19338/JNP
Caption of Order: CONSENT ORDER REGARDING LATE-FILED POC FOR PROPERTY TAX FUNDS HELD ON RESERVE BY CHAPTER 13 TRUSTEE

THIS MATTER having been brought before the Court by way of the filing of Proof of Claim for property tax funds held on reserve for the Borough of Lawnside; and attorney Edward H. Hill, Esquire representing the Borough of Lawnside and Barbara J. Snavely, Esquire representing the debtor and all parties agreeing that the funds held on reserve for such claim by the Chapter 13 Standing Trustee should be paid over to the Borough of Lawnside, payment of said claim having been included in the debtor's confirmed Chapter 13 plan; and good cause being shown for the entry of this Order;

IT IS HEREBY ORDERED that:

The Proof of Claim filed by the Borough of Lawnside in the amount of $9,817.12 shall be allowed and paid from funds held on reserve by the Chapter 13 Standing Trustee.

The undersigned consent to the form, content and entry of this Order:

| | |
|---|---|
| */s/ Edward H. Hill* | */s/ Barbara J. Snavely* |
| Edward H. Hill, Esquire | Barbara J. Snavely, Esquire |
| Attorney for the Borough of Lawnside | Attorney for Debtor |
| 7/3/24 | 7/3/24 |