UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Barbara J. Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

Order Filed on July 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TRINA HERRING,

                Debtor

Case Number: 19-19338 JNP

Judge: Jerrold N. Poslusny, Jr.

Chapter 13

## CONSENT ORDER REGARDING LATE-FILED POC FOR PROPERTY TAX FUNDS HELD ON RESERVE BY CHAPTER 13 TRUSTEE

The relief set forth on the following pages, numbered one (1) through two (2), are hereby **ORDERED.**

**DATED: July 8, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Trina Herring
Case No.: 19-19338/JNP
Caption of Order: CONSENT ORDER REGARDING LATE-FILED POC FOR PROPERTY TAX FUNDS HELD ON RESERVE BY CHAPTER 13 TRUSTEE

THIS MATTER having been brought before the Court by way of the filing of Proof of Claim for property tax funds held on reserve for the Borough of Lawnside; and attorney Edward H. Hill, Esquire representing the Borough of Lawnside and Barbara J. Snavely, Esquire representing the debtor and all parties agreeing that the funds held on reserve for such claim by the Chapter 13 Standing Trustee should be paid over to the Borough of Lawnside, payment of said claim having been included in the debtor's confirmed Chapter 13 plan; and good cause being shown for the entry of this Order;

IT IS HEREBY ORDERED that:

The Proof of Claim filed by the Borough of Lawnside in the amount of $9,817.12 shall be allowed and paid from funds held on reserve by the Chapter 13 Standing Trustee.

The undersigned consent to the form, content and entry of this Order:


*/s/ Edward H. Hill*_____                    */s/ Barbara J. Snavely*_____

Edward H. Hill, Esquire                            Barbara J. Snavely, Esquire

Attorney for the Borough of Lawnside               Attorney for Debtor

7/3/24                                             7/3/24

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-19338-JNP |
| Trina D Herring | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

**Recip ID          Recipient Name and Address**
db              + Trina D Herring, 1524 Baird Blvd., Camden, NJ 08103-2838

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:**

**Name**                **Email Address**

Andrew B Finberg
                        ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Barbara J. Snavely
                        on behalf of Debtor Trina D Herring jjresq1@comcast.net

Denise E. Carlon
                        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
                        on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II  by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Isabel C. Balboa
                        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

U.S. Trustee

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 08, 2024 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6